**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew Charles Barr                   CHAPTER 13
       Michele Jane Barr
              Debtor(s)                       BKY. NO. 22-70188 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of RELIANCE SAVINGS BANK T/A RELIANCE BANK and index same on the master mailing list.

                 Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
30 Jun 2022, 15:52:34, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com