**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22–70188–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew Charles Barr | Michele Jane Barr |
| 724 Syline Drive | 724 Syline Drive |
| Dysart, PA 16636 | Dysart, PA 16636 |

Social Security No.:
xxx–xx–7720                                                   xxx–xx–0271

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Jeffrey Wayne Ross | Ronda J. Winnecour |
| Harold Shepley & Assoc. | Suite 3250, USX Tower |
| 209 West Patriot Street | 600 Grant Street |
| Somerset, PA 15501 | Pittsburgh, PA 15219 |
| Telephone number:  814–444–0500 | Telephone number:  412–471–5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| October 7, 2022 | October 7, 2022 |
| 09:00 AM | 09:00 AM |
| remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/15/22                                              BY THE COURT

                                                           Jeffery A. Deller
                                                           Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-70188-JAD

Matthew Charles Barr                                                                    Chapter 13

Michele Jane Barr

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: rsc13 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Charles Barr, Michele Jane Barr, 724 Syline Drive, Dysart, PA 16636-9500 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 15487332 | | Allstate Insurance Company, 75 Executive Parkway, Hudson, OH 44237-0002 |
| 15487335 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15496352 | + | Pennsylvania Electric Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15505449 | | RELIANCE SAVINGS BANK T/A RELIANCE BANK, P.O. Box 1968, 1119 12 Street, Altoona, PA 16603-1968 |
| 15487340 | + | Reliance Bank, 1119 12th Street, Altoona, PA 16601-3419 |
| 15487341 | + | Sickler Tarpey & Associates, The Pines Plaza, 1637 E. Pleasant Valley Blvd., Suite 200, Altoona, PA 16602-7319 |
| 15487342 | + | Valar Int., P.O. Box 551188, Jacksonville, FL 32255-1188 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2022 23:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 15 2022 23:51:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15493072 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 15 2022 23:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15492973 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 15 2022 23:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15487333 | + | Email/Text: bk@avant.com | Aug 15 2022 23:45:00 | Avant/WebBank, 222 North LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15490856 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 23:51:21 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15487334 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 23:51:25 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15497904 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 23:51:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15487336 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 15 2022 23:45:00 | Credit Control Service, Attn: Bankruptcy, 725 |

District/off: 0315-7 | User: auto | Page 2 of 3
Date Rcvd: Aug 15, 2022 | Form ID: rsc13 | Total Noticed: 28

| | | | |
|---|---|---|---|
| | | | Canton Street, Norwood, MA 02062-2679 |
| 15487337 | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2022 23:51:29 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15487338 | Email/Text: Bankruptcy.Consumer@dish.com | Aug 15 2022 23:44:00 | Dish Network, P.O. Box 94063, Palatine, IL 60094-4063 |
| 15501024 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2022 23:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15489403 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 23:51:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15488576 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 23:51:29 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15487339 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2022 23:44:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15489487 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 15 2022 23:51:37 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15487569 | + Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499498 | ^ MEBN | Aug 15 2022 23:42:14 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RELIANCE SAVINGS BANK T/A RELIANCE BANK |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15493348 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| | |

District/off: 0315-7                          User: auto                                    Page 3 of 3
Date Rcvd: Aug 15, 2022                       Form ID: rsc13                             Total Noticed: 28

Brian Nicholas
                    on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK bnicholas@kmllawgroup.com

Jeffrey Wayne Ross
                    on behalf of Debtor Matthew Charles Barr jross@shepleylaw.com  bk@shepleylaw.com

Jeffrey Wayne Ross
                    on behalf of Joint Debtor Michele Jane Barr jross@shepleylaw.com  bk@shepleylaw.com

Lauren Michaels
                    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 6