**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Matthew Charles Barr<br>Michele Jane Barr<br>          Debtor(s)<br><br>RELIANCE SAVINGS BANK T/A RELIANCE BANK, its successors and/or assigns<br>          Movant<br>v.<br>Matthew Charles Barr<br>Michele Jane Barr<br>          Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>          Additional Respondent | BK. NO. 22-70188 JAD<br><br>CHAPTER 13 |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This _____ day of _____, 2023, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 724 Skyline Drive, Dysart, PA 16636.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

_____
United States Bankruptcy Judge

cc:   Brian C. Nicholas
      bnicholas@kmllawgroup.com
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      Attorney for Movant/Applicant