**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: Matthew Charles Barr<br>Michele Jane Barr<br>　　　　　　　　　Debtor(s)<br><br>RELIANCE SAVINGS BANK T/A RELIANCE BANK, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　v.<br>Matthew Charles Barr<br>Michele Jane Barr<br>　　　　　　　　　Respondent<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 22-70188 JAD<br><br>CHAPTER 13<br><br>MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY RULE 9013.4 SECTION 6(a) |

**CERTIFICATE OF SERVICE**

　　I, the undersigned, certify that I served or caused to be served, on <u>May 26, 2023</u>, a copy of the above Motion with attached proposed Order(s) of Court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
VIA ECF

Jeffrey Wayne Ross
Harold Shepley & Assoc.
209 West Patriot Street
Somerset, PA 15501

jross@shepleylaw.com
VIA ECF

Matthew Charles Barr
724 Syline Drive
Dysart, PA 16636

Michele Jane Barr
724 Syline Drive
Dysart, PA 16636

Method of Service:　　Mail <u>first class</u> or ECF; Specify if other:

Date: <u>May 26, 2023</u>

　　　　　　　　　　　　　　　　　　<u>/s/ Brian Nicholas</u>
　　　　　　　　　　　　　　　　　　Brian Nicholas, Esquire
　　　　　　　　　　　　　　　　　　Attorney ID: 317240
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant