## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Barr, Matthew Charles<br>Barr, Michele Jane<br>　　　　Debtor(s) | NO. 22-70188 JAD<br><br>13 |
| RELIANCE SAVINGS BANK T/A RELIANCE BANK<br><br>　　　　Movant<br>VS.<br>Barr, Matthew Charles<br>Barr, Michele Jane<br><br>　　　　Respondents | Related to Docs: 54, 58<br><br>Hearing Date: 06/23/2023, 11:00 AM |

### MOTION OF RELIANCE SAVINGS BANK T/A RELIANCE BANK TO CONTINUE HEARING SCHEDULED FOR JUNE 23, 2023

RELIANCE SAVINGS BANK T/A RELIANCE BANK its successors and/or assigns ("Movant"), files the within Motion to Continue Hearing, and in support of its Motion represents as follows:

1. Movant filed its Motion for Relief from the Automatic Stay on 05/26/2023 (Doc no. 54).

2. Debtor's counsel, ROSS, JEFFREY WAYNE, has consented to a continuance of the hearing scheduled for 06/23/2023.

WHEREFORE, RELIANCE SAVINGS BANK T/A RELIANCE BANK its successors and/or assigns, humbly requests that the Court enter an order continuing the hearing scheduled for 06/23/2023 for 30 days.

Date: May 31, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas**
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　　Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com