# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Barr, Matthew Charles<br>Barr, Michele Jane<br>              Debtor(s) | NO. 22-70188 JAD<br><br>13 |
| RELIANCE SAVINGS BANK T/A RELIANCE BANK | Related to Docs: 54, 58 |
|               Movant<br>VS.<br>Barr, Matthew Charles<br>Barr, Michele Jane<br>              Respondents | Hearing Date: 06/23/2023, 11:00 AM |

## **ORDER**

Upon consideration of the Motion filed by RELIANCE SAVINGS BANK T/A RELIANCE BANK it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for 06/23/2023 at 11:00 AM is hereby continued to _____.

By the Court,

_____    J.