**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Matthew Charles Barr<br>　　　　Michele Jane Barr<br>　　　　　　　　　　Debtor(s) | BK NO. 22-70188 JAD<br><br>Chapter 13 |
| **RELIANCE SAVINGS BANK T/A**<br>**RELIANCE BANK**<br>　　　　　　　　　　Movant<br><br>　　　vs.<br><br>**Matthew Charles Barr**<br>**Michele Jane Barr**<br>　　　　　　　　　　Debtor(s)<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　　Trustee | Related to Doc no. 54, 58 |

**CERTIFICATE OF SERVICE**
**MOTION TO CONTINUE HEARING SCHEDULED FOR 06/23/2023**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 31, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Matthew Charles Barr
724 Syline Drive
Dysart, PA 16636

Michele Jane Barr
724 Syline Drive
Dysart, PA 16636

Attorney for Debtor(s)
Jeffrey Wayne Ross, Harold Shepley & Assoc.
209 West Patriot Street
Somerset, PA 15501

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: May 31, 2023

　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com