IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Barr, Matthew Charles<br>Barr, Michele Jane<br>                Debtor(s)<br><br>RELIANCE SAVINGS BANK T/A RELIANCE BANK<br><br>                Movant<br>VS.<br><br>Barr, Matthew Charles<br>Barr, Michele Jane<br><br>                Respondents | FILED<br>6/1/23 11:15 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>NO. 22-70188 JAD<br><br>13<br><br>Doc. # 59<br><br>Related to Docs: 54, 58<br><br>Hearing Date: 06/23/2023, 11:00 AM |

**ORDER**

Upon consideration of the Motion filed by RELIANCE SAVINGS BANK T/A RELIANCE BANK it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for 06/23/2023 at 11:00 AM is hereby continued to  August 2, 2023 at 10 AM via Zoom with Judge Deller.

By the Court,

_____ jsf   J.
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-70188-JAD |
| Matthew Charles Barr | Chapter 13 |
| Michele Jane Barr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Charles Barr, Michele Jane Barr, 724 Syline Drive, Dysart, PA 16636-9500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK bnicholas@kmllawgroup.com |
| Jeffrey Wayne Ross | |
| | on behalf of Debtor Matthew Charles Barr jross@shepleylaw.com  bk@shepleylaw.com |
| Jeffrey Wayne Ross | |
| | on behalf of Joint Debtor Michele Jane Barr jross@shepleylaw.com  bk@shepleylaw.com |
| Lauren Michaels | |
| | on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Jun 01, 2023 | Form ID: pdf900 | Total Noticed: 1

William E. Craig
                            on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                            mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7