IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Matthew Charles Barr | : | Case No. 22-70188-JAD |
| Michele Jane Barr | : | |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
|     Movant(s) | : | Related to Document: 52 |
| | : | |
| vs. | : | Hearing Date: June 21, 2023 |
| | : | at 10:00 a.m. |
| Matthew Charles Barr | : | |
| Michele Jane Barr | : | |
|     Respondent(s) | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO COMPEL DEBTOR(S) TO PROVIDE AFFIDAVIT OR OTHER SWORN STATEMENT REVEALING ORIGIN OF NON-SPECIFIC LUMP SUM PAYMENT ALONG WITH ADDITIONAL INFORMATION

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on May 15, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than June 5, 2023.

6/6/2023

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com