**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Matthew Charles Barr
Michele Jane Barr
    Debtor(s)

Ronda J. Winnecour, Chapter 13 Trustee
    Movant(s)

vs.

Matthew Charles Barr
Michele Jane Barr
    Respondent(s)

Case No. 22-70188-JAD

Chapter 13

Related to Document: 52

Hearing Date:

FILED
6/16/23 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __16th__ day of __June__, 2023, upon consideration of the foregoing MOTION TO COMPEL DEBTOR(S) TO PROVIDE AFFIDAVIT OR OTHER SWORN STATEMENT REVEALING ORIGIN OF NON-SPECIFIC LUMP SUM PAYMENT ALONG WITH ADDITIONAL INFORMATION, it is hereby ORDERED that within 15 days of the date of this Order the Debtor(s) shall: (A) file an affidavit or other sworn statement specifying the origin(s) of the $19,324.00 lump sum payment referenced in the Motion, and (b) to the extent they contend the source if post-petition income, that they provide the Trustee with post-petition paystubs and, to the extent there has been self-employment income, that they provide operating reports for the business(es) retroactive to month 1 of the plan along with copies of bank statements for all accounts into which any business income was deposited from the date the case was filed.

_____ jsf
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-70188-JAD

Matthew Charles Barr     Chapter 13

Michele Jane Barr

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2

Date Rcvd: Jun 16, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Charles Barr, Michele Jane Barr, 724 Syline Drive, Dysart, PA 16636-9500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK bnicholas@kmllawgroup.com |
| Jeffrey Wayne Ross | on behalf of Debtor Matthew Charles Barr jross@shepleylaw.com bk@shepleylaw.com |
| Jeffrey Wayne Ross | on behalf of Joint Debtor Michele Jane Barr jross@shepleylaw.com bk@shepleylaw.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

William E. Craig
           on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7