**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MATTHEW CHARLES BARR<br>MICHELE JANE BARR<br>　　　Debtor(s) | Case No.:22-70188 JAD |
| Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 06/03/2022 and confirmed on 10/12/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,924.00 |
| Less Refunds to Debtor | 18,169.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,754.43 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,100.17 | |
| 　Trustee Fee | 1,735.44 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,835.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　RELIANCE BANK/RELIANCE SAVINGS BAN<br>　　Acct: 0251 | 0.00 | 6,529.52 | 0.00 | 6,529.52 |
| 　RELIANCE BANK/RELIANCE SAVINGS BAN<br>　　Acct: 0251 | 56,953.50 | 0.00 | 0.00 | 0.00 |
| 　PA DEPARTMENT OF REVENUE*<br>　　Acct: 7720 | 83,792.11 | 0.00 | 0.00 | 0.00 |
| 　AMERICREDIT FINANCIAL SVCS INC DBA<br>　　Acct: 2004 | 4,126.75 | 1,079.82 | 309.48 | 1,389.30 |
| | | | | 7,918.82 |
| **Priority** | | | | |
| 　JEFFREY W ROSS ESQ<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　MATTHEW CHARLES BARR<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　MATTHEW CHARLES BARR<br>　　Acct: | 18,169.57 | 18,169.57 | 0.00 | 0.00 |
| 　JEFFREY W ROSS ESQ<br>　　Acct: | 3,513.00 | 1,100.17 | 0.00 | 0.00 |

| 22-70188 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 454.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7720 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AVANT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9717 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 742.25 | 0.00 | 0.00 | 0.00 |
| Acct: 1159 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 334.61 | 0.00 | 0.00 | 0.00 |
| Acct: 3302 | | | | |
| UPMC HEALTH SERVICES | 910.40 | 0.00 | 0.00 | 0.00 |
| Acct: 0271 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5477 | | | | |
| LVNV FUNDING LLC | 561.13 | 0.00 | 0.00 | 0.00 |
| Acct: 9797 | | | | |
| PA DEPARTMENT OF REVENUE* | 101.25 | 0.00 | 0.00 | 0.00 |
| Acct: 7720 | | | | |
| PENELEC/FIRST ENERGY** | 8,647.27 | 0.00 | 0.00 | 0.00 |
| Acct: 2546 | | | | |
| VALAR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8770 | | | | |
| LVNV FUNDING LLC | 7,553.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6325 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4958 | | | | |
| REGIONAL ACCEPTANCE CORP | 13,300.28 | 0.00 | 0.00 | 0.00 |
| Acct: 2096 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4306 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,238.81 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9557 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 7,918.82 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 454.00 |
| SECURED | 144,872.36 |
| UNSECURED | 33,389.65 |

Date: 09/08/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com